IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| FREEMAN, et al. | : : : | |
| v. | : : | |
| AMF, INC., et al. | : | E.D. PA No. 11-60070 |

**FILED**
MAR - 9 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER ADOPTING REPORT & RECOMMENDATION

**AND NOW**, this **8th** day of **March, 2012**, the Court having received no objections to Magistrate Judge Strawbridge's Report and Recommendation, filed on February 17, 2012, in this case, it is hereby **ORDERED** that the Report and Recommendation is **APPROVED** and **ADOPTED**.

Accordingly, it is further **ORDERED** that Defendant John Crane, Inc.'s and Defendant Crane Co.'s motions for summary judgment are **GRANTED**.

It is further **ORDERED** that the case be marked **CLOSED**.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.